### In the Interest of L.S., a minor.

**H.S., Appellant,**

v.

**Juvenile Officer of St. Louis County, Missouri, Respondent.**

**No. ED 75405.**

Missouri Court of Appeals, Eastern District, Division Five.

Oct. 19, 1999.

John R. Bird, St. Louis, for appellant.

Cynthia Harcourt-Hearing, St. Louis, for respondent.

Before RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, S.J.

### ORDER

PER CURIAM.

Appellant appeals the decision of the trial court terminating his parental rights. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).